No. 1885. United States *v.* Washington Post Co. et al. C. A. D. C. Cir. Treating the application for stay as a petition for certiorari, certiorari granted and case set for oral argument on Saturday, June 26, 1971, at 11 a. m. Briefs and records shall be filed simultaneously, the requirement for printing being waived. Portions of record or argument relating to matters claimed to affect national security may be filed in sealed form.

Pending argument and decision in this case, restraint imposed by Court of Appeals on the Washington Post Co. and its officers continued but limited to items specified in the Special Appendix filed on June 21, 1971, with the Court of Appeals for the Second Circuit in a case in that court captioned *United States* v. *New York Times Co.,* Docket 71–1616, decided June 23, 1971, and any such additional items as the United States may have specified with particularity by 5 p. m. today, June 25, 1971. Said Appendix as supplemented shall be served on respondent Washington Post Co. and filed in this Court at that time.

For purposes of argument case is consolidated with No. 1873, *New York Times Co.* v. *United States,* certiorari granted, *supra.*

Mr. Justice Black, Mr. Justice Douglas, Mr. Justice Brennan, and Mr. Justice Marshall would not

continue restraint, as limited or otherwise, and, treating application as a petition for certiorari, would deny certiorari.